UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WILLIAMSON FARM, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> DIVERSIFIED CROP INSURANCE ) <br> SERVICES, a/k/a CGB Diversified ) <br> Services, Inc., ) <br> ) <br> Respondent. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:17-CV-513-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS Diversified's motion to vacate the arbitration award [D.E. 11 ], and DENIES Williamson's motion to confirm [D.E. 1].

**This Judgment Filed and Entered on March 26, 2018, and Copies To:**

| | |
|---|---|
| Kindelle Morton McCullen | (via CM/ECF electronic notification) |
| Matthew W. Buckmiller | (via CM/ECF electronic notification) |
| Derek M. Crump | (via CM/ECF electronic notification) |
| Roy Jefferson Allen | (via CM/ECF electronic notification) |
| Rudy E. Renfer | (via CM/ECF electronic notification) |

DATE:　　　　　　　　　　　　　　　　　PETER A. MOORE, JR., CLERK

March 26, 2018　　　　　　　　　　　(By) /s/ Nicole Briggeman
　　　　　　　　　　　　　　　　　　　　Deputy Clerk