IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-513-D
No. 5:16-MC-00018-D

| | |
|---|---|
| WILLIAMSON FARM, | ) |
| | ) |
| *Appellant,* | ) |
| | ) |
| v. | ) |
| | ) |
| DIVERSIFIED CROP INSURANCE SERVICES a/k/a CGB DIVERSIFIED SERVICES, INC., | ) |
| | ) |
| *Appellee.* | ) |

**NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

Appellant WILLIAMSON FARM ("Appellant"), by and through undersigned counsel of record, hereby submits this Notice of Appeal to the United States Court of Appeals for the Fourth Circuit, giving notice of its appeal from the Order [D.E. 33] and Judgment [D.E. 34] entered by the United States District Court for the Eastern District of North Carolina in the above-captioned matter on March 26, 2018, denying Motion to Confirm Arbitration Award [D.E. 1] filed by Appellant WILLIAMSON FARMS ("Appellant") and granting the Motion to Vacate Arbitration Award [D.E. 11] filed by Appellee DIVERSIFIED CROP INSURANCE SERVICES a/k/a CGB DIVERSIFIED SERVICES, INC. ("Appellee"). By Order [D.E. 32], entered by the Honorable Chief Judge James C. Dever III on October 10, 2017, Civil Action No. 5:16-MC-00018-D was redesignated as Civil Action No. 5:17-CV-513-D.

The parties to the Order and Judgment, from which Appellant appeals, and the names and addresses of their respective counsel of record, are as follows:

|  |  |
|---|---|
| **Appellant:** | **Williamson Farm** |
| *Counsel for for Appellant:* | Matthew W. Buckmiller<br>mbuckmiller@stubbsperdue.com<br>STUBBS & PERDUE, P.A.<br>9208 Falls of Neuse Road, Suite 201<br>Raleigh, North Carolina 27615<br>Telephone: (919) 870-6258<br>Telefax:     (919) 870-6259 |
| **Appellee:** | **Diversified Crop Insurance Services a/k/a CGB Diversified Services, Inc.** |
| *Counsel for Appellee:* | R. Jefferson Allen<br>rjallen@huntross.com<br>HUNT ROSS & ALLEN, P.A.<br>Post Office Box 1196<br>Clarksdale, Mississppi 38614<br>Telephone: 662-627-5252<br><br>Derek M. Crump<br>dcrump@bcvtlaw.com<br>BROWN, CRUMP, VANORE & TIERNEY, L.L.P.<br>Post Office Box 1729<br>Raleigh, North Carolina 27602-1729<br>Telephone: 919-890-4477<br>Facsimile: 919-835-0915 |
| **Interested Party:** | **Federal Crop Insurance Corporation ("FCIC")** |
| *Counsel for Interested Party:* | ROBERT HIGDON<br>UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF NORTH CAROLINA<br>Rudy E. Renfer, Assistant U.S. Attorney<br>rudy.e.renfer@usdoj.gov<br>310 New Bern Avenue, Suite 800<br>Raleigh, North Carolina 27601-1461<br>Telephone: (919) 856-4530<br>Facsimile: (919) 856-4821 |

Respectfully submitted this the 25th day of April, 2018.

                           **STUBBS & PERDUE, P.A.**

                           BY: s/Matthew W. Buckmiller

                           MATTHEW W. BUCKMILLER, NCSB No. 35194
                           mbuckmiller@stubbsperdue.com

                           JOSEPH Z. FROST, NCSB No. 44387
                           jfrost@stubbsperdue.com

                           9208 Falls of Neuse Road, Suite 201
                           Raleigh, North Carolina 27615
                           Telephone:    919.870.6258
                           Telefax:       919.870.6259

                           Counsel for Appellant Williamson Farm

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this date, a true and accurate copy of the foregoing **NOTICE OF APPEAL TO UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT** was electronically filed utilizing the CM/ECF, notification of which was remitted to the following CM/ECF participants:

Derek M. Crump
BROWN, CRUMP, VANORE AND TIERNEY, LLP
421 Fayetteville Street, Suite 1601
Post Office Box 1729
Raleigh, North Carolina 27601
*Counsel for Appellee Diversified Crop Insurance Services a/k/a CGB Diversified Services, Inc.*

R. Jefferson Allen
HUNT ROSS & ALLEN, P.A.
Post Office Box 1196
Clarksdale, Mississppi 38614
*Counsel for Appellee Diversified Crop Insurance Services a/k/a CGB Diversified Services, Inc.*

Rudy E. Renfer
OFFICE OF THE UNITED STATES ATTORNEY
310 New Bern Avenue, Suite 800
Raleigh, North Carolina 27601-1461
*Counsel for Interested Party Federal Crop Insurance Corporation*

Executed this, the 25th day of April, 2018.

                                              s/Matthew W. Buckmiller
                                              MATTHEW W. BUCKMILLER, NCSB No. 35194
                                              mbuckmiller@stubbsperdue.com

                                              STUBBS & PERDUE, P.A.
                                              9208 Falls of Neuse Road, Suite 201
                                              Raleigh, North Carolina 27615